UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HEND KHERALI,

      Plaintiff,                                          16-CV-455-V

    -v-

                                                                 ORDER

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____

       Plaintiff Hend Kherali has submitted to this Court a Complaint (Docket Item 1), along with a Motion to Proceed *In Forma Pauperis* and a Supporting Affirmation (Docket Item 2) pursuant to Title 28, United States Code, Section 1915. The Affirmation in support of the Motion to Proceed *In Forma Pauperis* has been reviewed by the Court in accordance with the requirements set forth in Title 28, United States Code, Section 1915(a)(1), and the Complaint has been reviewed by the Court with respect to the criteria set forth in Title 28, United States Code, Section 1915(e)(2).

       This Court finds that plaintiff has met the statutory requirements for *in forma pauperis* status, and therefore permission to proceed *in forma pauperis* is granted. The Clerk of Court is directed to file Plaintiff's papers without payment of fees. Service of papers, which may be done by certified mail, shall be performed by Plaintiff's attorney.

       SO ORDERED.

Dated:     Buffalo, New York, July 7, 2016

                                                        *s/ Lawrence J. Vilardo*
                                                        LAWRENCE J. VILARDO
                                                        United States District Judge